UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TOD MILLER; TOSHANLY FAMILY TRUST,<br><br>          Plaintiffs,<br>  vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CAL-WESTERN RECONVEYANCE CORPORATION; SFG MORTGAGE; AURORA LOAN SERVICES; EQUITY TITLE OF NEVADA; DOES I-X; ROES I-X, inclusive,<br><br>          Defendants. | Case No.: 2:10-cv-01842-GMN-PAL<br><br>**ORDER** |

Pending before the Court is Defendant Aurora Loan Services, LLC's Motion to Expunge Lis Pendens (ECF No. 6). Plaintiff filed the Complaint in October 2010, and failed to properly serve Defendants, prompting the Clerk of the Court to dismiss the case without prejudice pursuant to Fed. R. Civ. P. 4(m). (ECF Nos. 1, 8.) Plaintiffs have not opposed the motion, and the Court finds good cause to expunge the lis pendens. Therefore, the Court will grant the motion.

**IT IS HEREBY ORDERED** that Defendant Aurora Loan Services, LLC's Motion to Expunge Lis Pendens (ECF No. 6) is **GRANTED**.

**DATED** this 27th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge